UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 07-CR-123

vs.

ROBERT HAMPTON, et al.

        Defendants.

---

### UNITED STATES BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

---

The United States of America, by its attorneys, Steven M. Biskupic, United States Attorney for the Eastern District of Wisconsin, and Daniel H. Sanders, Assistant United States Attorney for said District, files this Bill of Particulars to notify the Court and the Defendants of its intent to add to the forfeiture provision of the Indictment filed May 22, 2007, the following item:

1.    Approximately $2,590.00 in United States currency seized on May 9, 2007, from the residence located at 4151 North 61st Street, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin, this  19th  day of  June , 2007.

                                   STEVEN M. BISKUPIC
                                   United States Attorney

              By:    s/DANIEL H. SANDERS
                        Assistant United States Attorney
                        OH Bar Number 52077
                        Attorney for Plaintiff
                        Office of the United States Attorney
                        Eastern District of Wisconsin
                        517 East Wisconsin Avenue, Room 530
                        Milwaukee, WI 53202
                        Telephone: (414) 297-1700
                        Fax: (414) 297-1738
                        E-Mail: daniel.sanders@usdoj.gov